Grace E. Lowendahl, for Herself and All Other Creditors of Libertus Van Bokkelen, Deceased, etc., Respondent, v. L. Van Bokkelen, Inc., Appellant. — Order so far as appealed from modified by striking out the terms therein imposed, and by granting leave to defendant to serve and file its exceptions to the decision

of the Special Term, *nunc pro tunc* as of March 27, 1931, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.